1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  LYLE A. CROOK,                         1:07-cv-00862-LJO-TAG (HC)

9            Petitioner,

10       vs.                              ORDER OF TRANSFER

11 JAMES E. TILTON,

12           Respondent.

13 _____/

14       Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

15 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

16       The federal venue statute requires that a civil action, other than one based on diversity

17 jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

18 reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

19 giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

20 situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

21 the action may otherwise be brought." 28 U.S.C.  §  1391(b).

22       In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

23 Central District of California.  Therefore, the petition should have been filed in the United States District

24 Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

25 filed in the wrong district to the correct district.  See,  28 U.S.C. § 1406(a);  Starnes v. McGuire,

26 512 F.2d 918, 932 (D.C. Cir. 1974).

27 ///

28
                                        1

1    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

2  District Court for the Central District of California.

3

4  IT IS SO ORDERED.

5  Dated:   **July 9, 2007**                                  _____**/s/ Theresa A. Goldner**_____

6  _____                                                       UNITED STATES MAGISTRATE JUDGE

2